UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-cv-61349

LIONAL DALTON,

    Plaintiff,

vs.

WADHWA PROPERTIES, L.L.C.
d/b/a SUNOCO,

    Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, LIONAL DALTON, and Defendant, WADHWA PROPERTIES, L.L.C. d/b/a SUNOCO, by and through the undersigned counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the immediate dismissal of the above referenced action with prejudice, with each party to bear their own attorneys' fees and costs.

AGREED and STIPULATED on this 27th day of October, 2016.

| | |
|---|---|
| */s/ Mark D. Cohen*_____ | */s/ Stephanie Griffin*_____ |
| Mark D. Cohen, Esquire | Stephanie Griffin, Esquire |
| Florida Bar No. 347345 | Florida Bar No. 85019 |
| **J & M ADVOCACY GROUP, LLC** | **MINERLEY FEIN, P.A.** |
| 4651 Sheridan Street, Suite 301 | 1200 N. Federal Hwy., Suite 420 |
| Hollywood, FL 33021 | Boca Raton, FL 33432 |
| Telephone: (954) 962-1166 | Telephone: (561) 362-6699 |
| Facsimile: (954) 962-1779 | Email: stephanie@minerleyfein.com |
| Email: service@jmadvocacygroup.com | *Counsel for Defendant* |
| *Counsel for Plaintiff* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of October, 2016, a true and correct copy of the foregoing document is being filed with the Clerk of the Court using CM/ECF. I also certify that

the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

**J & M Advocacy Group, LLC**
*Attorney for Plaintiff*
4651 Sheridan Street, Suite 301
Hollywood, FL 33021
Telephone: (954) 962-1166
Facsimile: (954) 962-1779
Email:service@jmadvocacygroup.com

By: */s/ Mark D. Cohen*_____
Mark D. Cohen, Esquire
Florida Bar No. 347345